**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

**No. 19-6931**

_____

HARVEY R. JOHNSON,

        Petitioner - Appellant,

    v.

WARDEN SAAD,

        Respondent - Appellee.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins.  John Preston Bailey, District Judge.  (2:18-cv-00084-JPB-JPM)

_____

Submitted:  November 19, 2019           Decided:  November 22, 2019

_____

Before WILKINSON and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Harvey R. Johnson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harvey R. Johnson, a federal prisoner, appeals the district court's order granting the Respondent's motion to dismiss Johnson's 28 U.S.C. § 2241 (2012) petition as moot. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Johnson v. Saad*, No. 2:18-cv-00084-JPB-JPM (N.D.W. Va. May 6, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*